## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-mj-01231-DUTY |
| Cesar Roland Canis-Pernillo | |
| | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _March 24_____, _2026_____, at _1:30_____ ☐a.m. / ☒p.m. before the Honorable _Charles Eick_____, in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: _3/23/2026_____        _____
                                            Honorable Maria A. Audero, U.S. Magistrate Judge